IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 91**

| | |
|---|---|
| FRANK E. WATSON, III and LINDA R. WATSON, | )<br>)<br>) |
| Plaintiffs, | )     **ORDER** |
| v. | ) |
| WEST AMERICAN INSURANCE COMPANY, | )<br>) |
| Defendant. | ) |

THIS MATTER is before the court on its own motion. Plaintiff and Defendant have both filed a Certification and Report of Initial Attorneys' Conference [docs. 11 and 12]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Wednesday, June 20, 2007 at 11:15 a.m.**

IT IS SO ORDERED.

Signed: June 11, 2007

Graham C. Mullen
United States District Judge