# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 07-CV-00091

| | |
|---|---|
| **FRANK E. WATSON III and LINDA R. WATSON,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **ORDER** |
| **vs.** ) | |
| ) | |
| **WEST AMERICAN INSURANCE COMPANY,** ) | |
| | |
| **Defendant.** | |

Upon Motion of the Plaintiffs, Frank E. Watson III and Linda R. Watson, and for good cause shown, it is hereby ordered that Plaintiffs' claim for monetary damages, breach of contract, unfair trade practices, and unfair insurance practices against Defendant is hereby DISMISSED, with prejudice.

Signed: October 29, 2007

Graham C. Mullen
United States District Judge