# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Watson, et al ,

    Plaintiff(s),　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　　3:07-cv-91

West American Insurance Company,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/29/2007 Order.


                                       Signed: October 29, 2007

                                       Frank G. Johns, Clerk
                                       United States District Court